**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
____3RD____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ANTHONY SCHETTINO   JOINT DEBTOR: _____   CASE NO.: 12-38957-JKO
Last Four Digits of SS# 0174   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 1,071.47 for months  1  to  10 ;
  B.   $ 1,037.00 for months  11  to  60 ; in order to pay the following creditors:

Administrative I: PAYABLE TO LESLIE N. REIZES, ESQ. Attorney's Fee - $ 5,500.00  TOTAL PAID $ 3,500.00

  Balance Due  $ 2,000.00  payable $ 200.00 /Month  (Months  1  to  10 )

Fee Itemization: $3,500.00 Base Legal Fee; $2,000.00 to file four (4) Motions to Value Real Property.

Administrative II: PAYABLE TO NOWACK & OLSON, PLLC. Attorney's Fee - $ 5,575.00  TOTAL PAID $ 1,000.00

  Balance Due  $ 4,575.00  payable $ 457.50 /Month  (Months  1  to  10 )

Fee Itemization: $3,500.00 Base Legal Fee; $1,550.00 Motions (2) to Value Real Property; $525.00 Motion for Reconsideration.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month (Months ____ to ____)
   Regular Payment  $ _____ /month (Months ____ to ____)
  Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America N.A./Green Tree Servicing LLC (Claim 6-1) | Residential Property 4608 SW 29 Terrace Dania Beach, FL 33312 $40,000.00 | 5.25% | $316.56<br>$848.02 |  1  To  10 <br> 11  To  60  | $45,566.40 |
| Real Time Resolutions Inc. (2721 - Claim 1-1) | Residential Property 4608 SW 29 Terrace Dania Beach, FL 33312 $35,000.00 | 0% | $0 |  | The Debtor seeks to strip the second mortgage as wholly unsecured. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $ _____
   Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____
   Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 94.71 /month (Months  11  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 12/01/09)

Other Provisions Not Included Above:

The Debtor will direct pay secured creditor JP Morgan Chase Bank/Chase Home Finance (9830) on the real property located at 268 NW 97 Ave., Plantation, FL 33324 outside of this plan.

The Debtor is surrendering the property located at 1935 Garfield St., Hollywood, FL 33020 directly to secured creditor, Bank of America NA (7133) outside of this plan.

The Debtor is surrendering the property located at 2024 22 Ave., Hollywood, FL 33020 directly to secured creditor, Wells Fargo Home Mortgage/US Bank NA (2938) outside of this plan.

The Debtor is surrendering the property located at 2411 Coolidge St., Hollywood, FL 33020 directly to secured creditors, Pennymac Corp./Pennymac Loan Services (0818) and Wells Fargo Bank NA (0155), outside of this plan.

The Debtor is surrendering the property located at 3608 SW 13 Ct., Fort Lauderdale, FL 33312 directly to secured creditor, Wells Fargo Home Mortgage (6098), outside of this plan.

   /s/ **FILED ECF**                                                                                         Date: September 17, 2013
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)